**DENIED and Opinion Filed October 1, 2024**



In The
**Court of Appeals
Fifth District of Texas at Dallas**

## No. 05-24-00950-CV

## IN RE DAVID LATHAM, M.D., DILLON PAUL, M.D., AND AKRAM ABD EL KADER, M.D., Relators

**Original Proceeding from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-04271**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

In this original proceeding, relators seek mandamus relief from three discovery orders: (1) Order Denying Plaintiffs' Motion to Compel EHC Consulting, LLC's Responses to Subpoena and Request for Sanctions; (2) Order Denying Plaintiffs' Motion to Compel Non-Parties ER Hulen, LLC, ER Addison, LLC, and ERNearMe Plano, LLC's Responses to Subpoena and Request for Sanctions; and (3) Order Granting Defendants' Motion to Quash Plaintiffs' Subpoena Duces Tecum to MedOps Consulting, LLC and Motion for Protection, and Denying Plaintiffs' Motion to Compel MedOps Consulting, LLC's Discovery Responses. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its

discretion and that relators lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, the response, and the record before us, we conclude that relators have failed to demonstrate that the trial court clearly abused its discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bill Pedersen, III//

BILL PEDERSEN, III
JUSTICE

240950f.p05